1

2

3

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9   DAVID HABIG,

10            Plaintiff,                  No. CIV S-10-2022 LKK EFB P

11       vs.

12   W. MCALLISTER, et al.,

13            Defendants.              ORDER

14   _____/

15       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

16   U.S.C. § 1983.  He has requested that the court appoint counsel.   District courts lack authority to

17   require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States*

18   *Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request

19   counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935

20   F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

21   The court finds that there are no exceptional circumstances in this case.

22       Accordingly, IT IS HEREBY ORDERED that plaintiff's October 14, 2011 motion for

23   appointment of counsel is denied.

24   DATED:  October 25, 2011.

25                                    EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE
26