IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HABIG,

    Plaintiff,                      No. CIV S-10-2022 EFB P

    vs.

MCALLISTER, et al.,

    Defendants.               ORDER

                                /

Defendants have requested a modification of the scheduling order so that they may file a motion to compel discovery responses and take plaintiff's deposition. *See* Fed. R. Civ. P. 16(b).

Good cause appearing, defendants' request is GRANTED as follows:

    a. Any motions necessary to compel written discovery shall be filed by November 28, 2011. Depositions shall be completed by February 12, 2012.

    b. Dispositive motions shall be filed on or before May 6, 2012. Motions shall be briefed in accordance with paragraph 7 of the order filed December 3, 2010.

    c. The court will schedule pretrial proceedings, if necessary, upon the resolution of any pretrial motions filed. Requests to modify this schedule will be looked upon with disfavor and must be supported by good cause pursuant to Fed. R. Civ. P. 16(b).

DATED: November 9, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE