**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333
LaKeysia R. Beene, CSB #265078

Attorneys for defendants
ANDREASEN, BICK, DICKINSON, KOTAREK,
McALLISTER, SABIN, SINKOVICH, WEBER

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID HABIG,<br><br>            Plaintiff,<br>vs.<br><br>W. McALLISTER, et al.,<br><br>            Defendants. | CASE No. 2:10-cv-02022 LKK-EFB P<br><br>**PROPOSED ORDER RE:<br>EX PARTE APPLICATION TO EXTEND<br>TIME TO FILE ANDREASEN'S<br>DECLARATION IN SUPPORT OF<br>DEFENDANTS' MOTION FOR<br>SUMMARY JUDGMENT** |

Defendants ANDREASEN, BICK, DICKINSON, KOTAREK, McALLISTER, SABIN, SINKOVICH and WEBER, seek an extension of time to file RAYMON ANDREASEN'S declaration in support of defendants' Motion for Summary Judgment.

Having read defense counsel's request,

IT IS HEREBY ORDERED THAT:

1. Defendants' request for an extension of time to file RAYMON ANDREASEN'S declaration in support of defendants' Motion for Summary Judgment is GRANTED.

2. The declaration shall be filed on or before August 8, 2012.

Dated:  July 30, 2012.

_[signature]_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

*Habig v. McAllister, et al. [2:10-cv- 02022]* Order