IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HABIG,

      Plaintiff,                      No. CIV S-10-2022 EFB P

      vs.

MCALLISTER, et al.,

                                      ORDER APPOINTING
      Defendants.             LIMITED PURPOSE COUNSEL

_____/

      Plaintiff is a state prisoner, proceeding without counsel and in forma pauperis, in this action filed pursuant to 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff for a limited purpose is warranted. Kathleen Kerekes has been selected from the court's pro bono attorney panel to represent plaintiff and she has agreed to be appointed.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Kathleen Kerekes is appointed as counsel in the above entitled matter for the limited purpose of opposing defendants' motion for summary judgement. The opposition will be due 60 days from the date of this order.

      2. This limited purpose appointment will terminate when the order ruling on the summary judgement motion has been filed.

      3. Kathleen Kerekes shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

1

1      4. The Clerk of the Court is directed to serve a copy of this order upon Kathleen
2 Kerekes, Kerekes Law Corporation, 555 Capitol Mall, 9th Floor, Sacramento, California 95814.
3 DATED: December 10, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE