IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HABIG,

      Plaintiff,                    No. 2:10-cv-2022 LKK EFB P

      vs.

W. McCALLISTER, et al.,

      Defendants.           ORDER

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The defendants (Andreasen, Bick, Dickinson, Kotarek, McCallister, Sabin, Sinkovich, and Weber) have filed a motion for summary judgment. Dckt. No. 38. Plaintiff filed an opposition and the defendants filed a reply. However, subsequent to that briefing the court on December 10, 2012, appointed counsel for plaintiff for the limited purpose of litigating the summary judgment motion. Dckt. No. 46. The court granted plaintiff 60 days to prepare a new opposition.

      Plaintiff's counsel has now submitted a stipulation entered into by the parties to further extend the time to oppose the motion. Dckt. No. 47. That stipulation notes that plaintiff's counsel is seeking an expert witness (or witnesses) and appropriate affidavits that are needed to prepare an opposition. For that reason, the stipulated request seeks until April 9, 2013 to submit

1

1  an opposition. The court views this request in light of Rule 56(d) which permits postponement
2  or denial of the motion without prejudice pending the time needed to obtain affidavits or
3  declarations, and grants the request.

4  Accordingly, good cause appearing therefore, it is hereby ORDERED that:

5  1. Defendants' motion for summary judgment (Dckt. No. 38) is denied without
6  prejudice.    2. Defendants' may, if they wish, but are not required to submit a new brief and
7  supporting papers by March 1, 2013. Alternatively, defendants may simply re-notice their
8  previously filed motion and supporting papers.

9  3. Plaintiff shall file an opposition to defendants' motion for summary judgment no later
10 than April 9, 2013.

11 4. Defendants' reply, if any, shall be filed by April 23, 2013.

12 Dated: January 24, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2