Kathleen M. Kerekes
Kerekes Law Corporation
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone:  916-706-0271
kaye@kerekeslaw.com

Attorneys for Plaintiff, DAVID HABIG

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HABIG,<br><br>        Plaintiff,<br><br>   vs.<br><br>W. McALLISTER, et al.,<br><br>        Defendants. | Case No.: 2:10-cv-02022 LKK-EFB P<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DIMISSAL [FRCP 41(a)(1)(A)(ii)]** |

On March 25, 2013 the parties, by and through their counsels of record, submitted a Stipulation for Dismissal to dismiss the above-entitled matter in its entirety as to all claims and all Defendants pursuant to FRCP 41(a)(1)(A)(ii).  All parties who have appeared in this action have stipulated to the dismissal.  Pursuant to the parties' stipulation, the Clerk is directed to close the case and and all pending matters before this Court as to the above-entitled action are hereby taken off calendar as moot.

IT IS SO ORDERED.

Dated:  March 27, 2013

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE